

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JIMI ROSE                                : CIVIL ACTION
                                         :
v.                                       : FILED
                                         : MAR 03 2017
                                         : KATE BARKMAN, Clerk
BASHKIM (BOBBY) HUSENAJ, et al.          By_____ NO. 16-6705

## ORDER

AND NOW, this 26th day of February, 2017, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. Plaintiff is not given leave to file an amended complaint in this case. The dismissal is without prejudice to plaintiff filing his complaint in state court, if appropriate.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*James Knoll Gardner* /ccs
JAMES KNOLL GARDNER, J.